UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In re Alfred E. Luckett, Jr. and Christine McCarthy,

    Debtors.

Case no. 19-12093-tbm7

## LIMITED ENTRY OF APPEARANCE

**COMES NOW,** The Barnett Law Firm, P.A. (Colin L. Hunter) and hereby enters its appearance on behalf of Debtors, Alfred E. Luckett, Jr. and Christine McCarthy, for representation regarding the Motion for Release matter only relating to this case and respectfully requests that all pleadings and correspondence be sent to the undersigned at the below address.

Respectfully submitted by:

THE BARNETT LAW FIRM, P.A.

By: _/s/ Colin L Hunter_
Colin L Hunter
1905 Wyoming Blvd. NE
Albuquerque, NM 87112
Tel: (505) 275-3200

In accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(2)(D), this certifies that service of the foregoing document was made this 2nd day of December, 2019, via the notice transmission facilities of the case management and electronic filing system of the United States Bankruptcy Court.

_/s/ Colin L. Hunter_
    Colin L. Hunter